UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:    14-18859
Alan and Lisa Carpenter                             :
                                                    : Adv. No.:    _____
                                                    :
                                                    : Judge:       JNP
                    Debtor (s),                     :
_____         : Chapter:     13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable    Jerrold N. Poslusny Jr.   , United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:**    Courtroom No.  4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ  08101

**Date and Time:**    1/27/2017 at 10:00AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED    _____ ARE NOT REQUIRED

DATED:    December 19, 2016                    JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 19, 20 16 the foregoing notice was served on the following:
Debtor(s)
Attorney for Debtor(s), if any
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:
Alan L Carpenter
Lisa M Carpenter
    Debtors

Case No. 14-18859-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2016
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db/jdb     +Alan L Carpenter,   Lisa M Carpenter,   PO Box 493,   Leesburg, NJ 08327-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
      Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS Inc., CWMBS Reperforming Loan Remic Trust, Certificates, Series 2005-R1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Charles G. Wohlrab   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Frank J. Martone   on behalf of Attorney   Frank J. Martone, P.C. bky@martonelaw.com
      Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., dba GM Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
      John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
      Nicholas S. Herron   on behalf of Plaintiff Lisa  Carpenter nicholas.s.herron@gmail.com, g17172@notify.cincompass.com,ajohn880@gmail.com
      Nicholas S. Herron   on behalf of Plaintiff Alan  Carpenter nicholas.s.herron@gmail.com, g17172@notify.cincompass.com,ajohn880@gmail.com
      Seymour  Wasserstrum   on behalf of Joint Debtor Lisa M Carpenter mylawyer7@aol.com, ecf@seymourlaw.net
      Seymour  Wasserstrum   on behalf of Debtor Alan L Carpenter mylawyer7@aol.com,  ecf@seymourlaw.net
      Warren S. Jones, Jr.   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC wsjonesesq@verizon.net, bestcasewsj@gmail.com
                                  TOTAL: 13