# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–18859–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan L Carpenter
PO Box 493
Leesburg, NJ 08327

Lisa M Carpenter
PO Box 493
Leesburg, NJ 08327

Social Security No.:
xxx–xx–9183

xxx–xx–8454

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 7, 2014.

On 1/25/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:           March 1, 2017
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 26, 2017
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-18859-JNP
Alan L Carpenter                                                      Chapter 13
Lisa M Carpenter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 26, 2017
                              Form ID: 185             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db/jdb         +Alan L Carpenter,    Lisa M Carpenter,    PO Box 493,    Leesburg, NJ 08327-0493
cr             +Americredit Financial Services, Inc., dba GM Finan,     PO Box 183853,    Arlington, TX 76096-3853
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,     1451 Thomas Langston Road,
                 Winterville, NC 28590-8872
514825675      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514777311     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,      PO Box 183853,
                 Arlington, TX  76096)
514843747      +AmeriCredit Financial Services, Inc.,     Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
514775843      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
514760271     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     4161 Piedmont Pkwy,    Greensboro, NC  27410)
514760272      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
514760273      +Credit Control Llc,    P.O. Box 31179,    Tampa, FL 33631-3179
514760275      +Gm Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
514760276      +Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
515279773     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067,    Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
514760281      +NJ Office Of The Attorney General,     Richard J. Hughes Justice Complex,
                 25 Market St P.O. Box 112,    Trenton, NJ 08625-0112
514760284     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     Division Of Taxation,    P.O. Box 245,
                 Trenton, NJ  08695)
514933928      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     P.O. BOX 660933,    DALLAS TX 75266-0933
514835341       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514760286      +Wells Fargo Dealer Services,     P.O. Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2017 19:46:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2017 19:46:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514934914      +E-mail/Text: bky@martonelaw.com Jan 26 2017 19:45:51      Frank J Martone P.C,,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
514760279      +E-mail/Text: cio.bncmail@irs.gov Jan 26 2017 19:46:12      Irs,    1601 Market St,
                 Philadelphia, PA 19103-2301
514760282      +E-mail/PDF: cbp@onemainfinancial.com Jan 26 2017 20:40:06      One Main Financial,
                 P.O. Box 70918,    Charlote, NJ 28272-0918
514989354       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 19:48:52
                 Portfolio Recovery Associates, LLC,     c/o Wal-mart,   POB 41067,    Norfolk VA 23541
515014288       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 19:49:03
                 Portfolio Recovery Associates, LLC,     c/o Best Buy,   POB 41067,    Norfolk VA 23541
514760283      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 19:49:14
                 Portfolio Recovery Llc,    120 Corporate Blvd,    Norfolk, VA 23502-4952
514963952       E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2017 19:46:28
                 Quantum3 Group LLC as agent for,     Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
514970545      +E-mail/Text: electronicbkydocs@nelnet.net Jan 26 2017 19:46:39      U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
514760285      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2017 19:43:31      Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
aty*           +Frank J. Martone, P.C.,    1455 Broad Street,    Bloomfield, NJ 07003-3068
514843748*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,      dba GM Financial,
                 4000 Embarcadero Dr.,    Arlington, Texas 76014)
514760278*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Irs,     P.O. Box 724,   Springfield, NJ  07081)
514760280*      Irs,    Special Procedure Branch,    P.O. Box 744,   Springfield, NJ  07081
514760277*     +Irs,    P.O. Box 7346,   Philadelphia, PA 19101-7346
515279772*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
```

```
District/off: 0312-1           User: admin              Page 2 of 2                 Date Rcvd: Jan 26, 2017
                               Form ID: 185             Total Noticed: 29

514760274     ##+Global Credit & Collections Corp,   2699 Lee Rd Suite 330,   Winter Park, FL 32789-1740
                                                                                        TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWMBS Inc., CWMBS Reperforming Loan Remic Trust,
               Certificates, Series 2005-R1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Frank J. Martone    on behalf of Attorney    Frank J. Martone, P.C. bky@martonelaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Nicholas S. Herron    on behalf of Plaintiff Lisa  Carpenter nicholas.s.herron@gmail.com,
               g17172@notify.cincompass.com,ajohn880@gmail.com
              Nicholas S. Herron    on behalf of Plaintiff Alan  Carpenter nicholas.s.herron@gmail.com,
               g17172@notify.cincompass.com,ajohn880@gmail.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Lisa M Carpenter mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Alan L Carpenter mylawyer7@aol.com,    ecf@seymourlaw.net
              Warren S. Jones, Jr.    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                                 TOTAL: 13
```