**Last revised 8/1/15**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Alan and Lisa Carpenter

Case No.: _____14-18859_____

Judge: _____JNP_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required ☒ Discharge Sought

☒ Motions Included ☐ Modified/No Notice Required ☐ No Discharge Sought

Date: _____1/25/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay $ _____450.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____February 1, 2017_____ for approximately _____28_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:   Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:   Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Seymour Wasserstrum, Esq. | Legal fees | $3,081.00 (+$800 in supplemental fees upon Court approval) |
| Irs | Taxes | $0.00 |
| State of New Jersey | State Taxes | $0.00 |

## Part 4:   Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|----------|----------|----------|----------|----------|----------|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|----------|----------|----------|----------|----------|----------|----------|----------|
| Gm Financial | 2009 VW Routan | $14,061.00 | $8,000.00 | none | $8,000.00 | 5% | $15,921.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|----------|----------|----------|----------|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
Bank of America - 124 New St, Maurice River Township, NJ 08327 - Arrears were cured in a loan modification
Wells Fargo Dealer Services

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____100_____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| US Dept | Student Loan - To be dealt with outside | To be dealt with outside | $0.00 |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

## Part 7:    Motions

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| | | |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Gm Financial | 2009 VW Routan | $15,921.00 | $3,709.20 |

## Part 8:   Other Plan Provisions

### a. Vesting of Property of the Estate

☒   Upon confirmation

☐   Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Priority Claims _____

3) Secured Claims _____

4) Unsecured Claims _____

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____1/25/2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list Bank of America as unaffected by the plan because the arrears were cured in a loan modification | To list Bank of America as unaffected by the plan because the arrears were cured in a loan modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☒   Yes   ☐   No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 1/25/2017                                                      /s/ Seymour Wasserstrum
                                                                                    Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  1/25/2017                                                    /s/ Alan Carpenter
                                                                                    Debtor

Date:  1/25/2017                                                    /s/ Lisa Carpenter
                                                                                    Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-18859-JNP
Alan L Carpenter                                                                Chapter 13
Lisa M Carpenter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2           Date Rcvd: Jan 26, 2017
                              Form ID: pdf901        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db/jdb      +Alan L Carpenter,  Lisa M Carpenter,  PO Box 493,  Leesburg, NJ 08327-0493
cr          +Americredit Financial Services, Inc., dba GM Finan,  PO Box 183853,  Arlington, TX 76096-3853
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,  1451 Thomas Langston Road,
             Winterville, NC 28590-8872
514825675   +ALTAIR OH XIII, LLC,  C O WEINSTEIN, PINSON, AND RILEY, PS,  2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514777311   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,  PO BOX 183853,  ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,  PO Box 183853,
             Arlington, TX  76096)
514843747   +AmeriCredit Financial Services, Inc.,  Morton & Craig, LLC,  110 Marter Avenue, Suite 301,
             Moorestown, NJ 08057-3125
514775843   +AmeriCredit Financial Services, Inc. dba GM Financ,  P O Box 183853,
             Arlington, TX 76096-3853
514760271   ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
             (address filed with court: Bank Of America,  4161 Piedmont Pkwy,  Greensboro, NC  27410)
514760272   +Capital One,  P.O. Box 30281,  Salt Lake City, UT 84130-0281
514760273   +Credit Control Llc,  P.O. Box 31179,  Tampa, FL 33631-3179
514760275   +Gm Financial,  P.O. Box 181145,  Arlington, TX 76096-1145
514760276   +Home Depot,  P.O. Box 6497,  Sioux Falls, SD 57117-6497
515279773   ++NATIONSTAR MORTGAGE LLC,  PO BOX 619096,  DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,  350 Highland Drive,
             Lewisville, TX 75067,  Nationstar Mortgage, LLC,  350 Highland Drive,
             Lewisville, TX 75067)
514760281   +NJ Office Of The Attorney General,  Richard J. Hughes Justice Complex,
             25 Market St P.O. Box 112,  Trenton, NJ 08625-0112
514760284   ++STATE OF NEW JERSEY,  DIVISION OF TAXATION BANKRUPTCY UNIT,  PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,  Division Of Taxation,  P.O. Box 245,
             Trenton, NJ  08695)
514933928   +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,  P.O. BOX 660933,  DALLAS TX 75266-0933
514835341   Wells Fargo Bank, N.A.,  P.O. Box 19657,  Irvine, CA 92623-9657
514760286   +Wells Fargo Dealer Services,  P.O. Box 1697,  Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2017 19:46:34    U.S. Attorney,  970 Broad St.,
             Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2017 19:46:33    United States Trustee,
             Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
514934914   +E-mail/Text: bky@martonelaw.com Jan 26 2017 19:45:51    Frank J Martone P.C,,
             1455 Broad Street,  Bloomfield, NJ 07003-3068
514760279   +E-mail/Text: cio.bncmail@irs.gov Jan 26 2017 19:46:10    Irs,  1601 Market St,
             Philadelphia, PA 19103-2301
514760282   +E-mail/PDF: cbp@onemainfinancial.com Jan 26 2017 20:40:35    One Main Financial,
             P.O. Box 70918,  Charlote, NJ 28272-0918
514989354   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 20:12:36
             Portfolio Recovery Associates, LLC,  c/o Wal-mart,  POB 41067,  Norfolk VA 23541
515014288   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 20:01:08
             Portfolio Recovery Associates, LLC,  c/o Best Buy,  POB 41067,  Norfolk VA 23541
514760283   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2017 20:12:36
             Portfolio Recovery Llc,  120 Corporate Blvd,  Norfolk, VA 23502-4952
514963952   E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2017 19:46:27
             Quantum3 Group LLC as agent for,  Galaxy Asset Purchasing LLC,  PO Box 788,
             Kirkland, WA  98083-0788
514970545   +E-mail/Text: electronicbkydocs@nelnet.net Jan 26 2017 19:46:39    U.S. Department of Education,
             C/O Nelnet,  3015 South Parker Road, Suite 400,  Aurora, CO 80014-2904
514760285   +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2017 19:43:02    Walmart,  P.O. Box 965024,
             Orlando, FL 32896-5024
                                                                                   TOTAL: 11


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
aty*        +Frank J. Martone, P.C.,  1455 Broad Street,  Bloomfield, NJ 07003-3068
514843748*  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,  PO BOX 183853,  ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,  dba GM Financial,
             4000 Embarcadero Dr.,  Arlington, Texas 76014)
514760278*  ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Irs,  P.O. Box 724,  Springfield, NJ  07081)
514760280*  Irs,  Special Procedure Branch,  P.O. Box 744,  Springfield, NJ  07081
514760277*  +Irs,  P.O. Box 7346,  Philadelphia, PA 19101-7346
515279772*  ++NATIONSTAR MORTGAGE LLC,  PO BOX 619096,  DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,  PO Box 619096,  Dallas, TX 75261-9741)

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Jan 26, 2017
                             Form ID: pdf901           Total Noticed: 29
```

514760274     ##+Global Credit & Collections Corp,     2699 Lee Rd Suite 330,     Winter Park, FL 32789-1740

                                                                              TOTALS: 1, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:

              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWMBS Inc., CWMBS Reperforming Loan Remic Trust,
               Certificates, Series 2005-R1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Frank J. Martone    on behalf of Attorney    Frank J. Martone, P.C. bky@martonelaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Nicholas S. Herron    on behalf of Plaintiff Lisa  Carpenter nicholas.s.herron@gmail.com,
               g17172@notify.cincompass.com,ajohn880@gmail.com
              Nicholas S. Herron    on behalf of Plaintiff Alan  Carpenter nicholas.s.herron@gmail.com,
               g17172@notify.cincompass.com,ajohn880@gmail.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Lisa M Carpenter mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Alan L Carpenter mylawyer7@aol.com,   ecf@seymourlaw.net
              Warren S. Jones, Jr.    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC wsjonesesq@verizon.net,
               bestcasewsj@gmail.com

                                                                              TOTAL: 13