Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 |



Order Filed on March 2, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   Alan L. Carpenter
   Lisa M. Carpenter

                     Debtor(s)

Case No.: 14-18859 (JNP)

Hearing Date: 03/01/2017

Judge:      Jerrold N. Poslusny Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: March 2, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Alan L. Carpenter and Lisa M. Carpenter
Case No.: 14-18859 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 01/25/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $450.00 **for a period of 28 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $17,493.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Alan L. Carpenter and Lisa M. Carpenter
Case No.: 14-18859 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Nationstar Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Nationstar Mortgage on account of pre-petition arrears set forth in the proof of claim dated July 23, 2014 and on account of post petition arrears set forth in the order dated February 1, 2016. total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Alan L Carpenter  
Lisa M Carpenter  
   Debtors

Case No. 14-18859-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 02, 2017  
       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.  
db/jdb   +Alan L Carpenter,   Lisa M Carpenter,   PO Box 493,   Leesburg, NJ 08327-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:

  Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS Inc., CWMBS Reperforming Loan Remic Trust, Certificates, Series 2005-R1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
  Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
  Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
  Frank J. Martone    on behalf of Attorney    Frank J. Martone, P.C. bky@martonelaw.com  
  Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
  Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
  John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
  John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
  Nicholas S. Herron    on behalf of Plaintiff Lisa    Carpenter nicholas.s.herron@gmail.com, g17172@notify.cincompass.com,ajohn880@gmail.com  
  Nicholas S. Herron    on behalf of Plaintiff Alan    Carpenter nicholas.s.herron@gmail.com, g17172@notify.cincompass.com,ajohn880@gmail.com  
  Seymour    Wasserstrum    on behalf of Joint Debtor Lisa M Carpenter mylawyer7@aol.com, ecf@seymourlaw.net  
  Seymour    Wasserstrum    on behalf of Debtor Alan L Carpenter mylawyer7@aol.com,   ecf@seymourlaw.net  
  Warren S. Jones, Jr.    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC wsjonesesq@verizon.net, bestcasewsj@gmail.com  
                                                 TOTAL: 13