UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

**Order Filed on June 15, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Alan L Carpenter & Lisa M Carpenter

Case No.:    14-18859

Chapter:    13

Hearing Date: N/A

Judge:    JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 15, 2017**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Alan L Carpenter & Lisa M Carpenter

Case No.: 14-18859/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

 

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

 

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

☒     through the Chapter 13 plan as an administrative priority.

☐     outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.