|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on June 15, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
|  | Case No.: 14-18859 |
|  | Chapter: 13 |
| In Re:<br><br>Alan L Carpenter & Lisa M Carpenter | Hearing Date: N/A |
|  | Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Alan L Carpenter & Lisa M Carpenter

Case No.: 14-18859/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Alan L Carpenter
Lisa M Carpenter
    Debtors

Case No. 14-18859-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jun 15, 2017
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db/jdb       +Alan L Carpenter,   Lisa M Carpenter,   PO Box 493,   Leesburg, NJ 08327-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
        Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
      as Trustee for the Certificateholders of CWMBS Inc., CWMBS Reperforming Loan Remic Trust,
      Certificates, Series 2005-R1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Charles G. Wohlrab   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com,
      njbankruptcynotifications@logs.com
        Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Frank J. Martone   on behalf of Attorney   Frank J. Martone, P.C. bky@martonelaw.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
        John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., dba GM
      Financial mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
      Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
      Services, Inc. mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
        Nicholas S. Herron   on behalf of Plaintiff Lisa  Carpenter nicholas.s.herron@gmail.com,
      g17172@notify.cincompass.com,ajohn880@gmail.com
        Nicholas S. Herron   on behalf of Plaintiff Alan  Carpenter nicholas.s.herron@gmail.com,
      g17172@notify.cincompass.com,ajohn880@gmail.com
        Seymour   Wasserstrum   on behalf of Joint Debtor Lisa M Carpenter mylawyer7@aol.com,
      ecf@seymourlaw.net;r47769@notify.bestcase.com
        Seymour   Wasserstrum   on behalf of Debtor Alan L Carpenter mylawyer7@aol.com,
      ecf@seymourlaw.net;r47769@notify.bestcase.com
        Warren S. Jones, Jr.   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC email@warrensjones.com,
      bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                                                      TOTAL: 13